UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM, | No. 2:21-cv-0311 DB P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On February 26, 2021, plaintiff filed an "emergency motion to expand review" in which he requested an emergency hearing in case No. 20-cv-2467, which is also pending in this court.[1] (ECF No. 6.) On April 5, 2021, plaintiff filed a motion requesting an emergency telephone conference in this case. (ECF No. 11.)

Plaintiff alleges he is terminally ill and is being tortured while being allowed to die. Plaintiff alleges he is being denied all medical care and further denied any redress of grievances.

In light of plaintiff's allegations of a threat of serious and imminent harm, the court directs Supervising Deputy Attorney General Monica Anderson to address plaintiff's allegations concerning his medical care in his February 26, 2021 and April 5, 2021 filings.

////

---

[1] The February 26, 2021 request for emergency hearing was captioned to be filed in Yocom v. Kathleen Allison, et al., No. 20-cv-2467 AC, and was filed in that case and this case.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, Supervising Deputy Attorney General Monica Anderson shall address the allegations in plaintiff's emergency requests, including that he is being denied medical care and redress of grievances;

2. The Clerk of the Court is directed to serve this order, a copy of plaintiff's motion filed on February 26, 2021 (ECF No. 6), and a copy of plaintiff's motion filed on April 5, 2021 (ECF No. 11) on Supervising Deputy Attorney General Monica Anderson.

Dated:  April 7, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:7
DB/Orders/Prisoner.Civil Rights/yoco0311.respondAG