UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN YOCOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-00311-TLN-DB<br><br>**ORDER** |

Plaintiff Michael Allen Yocom (Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 23)  Plaintiff has filed objections to the findings and recommendations, but makes conclusory allegations and fails to establish he is not receiving health care or is unable to submit health care grievances.  (*See* ECF No. 24.)

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

1     The Court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.
3     Accordingly, IT IS HEREBY ORDERED:
4     1. The Findings and Recommendations filed September 30, 2021 (ECF No. 23), are
5 ADOPTED IN FULL; and
6     2. Plaintiff's Motion for an Emergency Hearing (ECF No. 6) is DENIED.
7     IT IS SO ORDERED.
8 Dated:  September 20, 2021

                    Troy L. Nunley
                    United States District Judge

2